AUG - 6 2007

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

UNITED STATES DISTRICT COURT
__CENTRAL__ DISTRICT OF ILLINOIS

UNTIED STATES OF AMERICA EX REL.,

  DREW TERRELL, pro se,                    )
Plaintiff(s)                               )
                                           )
                                           )
                                           )
            v.                             )   Case Number 07-1208
                                           )
                                           )
                                           )   Judge _____
                                           )
  EDDIE JONES, et al.,                     )
Defendant(s)                               )
                                           )

## MOTION FOR APPOINTMENT OF COUNSEL

1. I, Petitioner Drew Terrell, pro se, declare that I am the plaintiff in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding:

   Petitioner has a full scale I.Q. of 80, placing him in the borderline to low

   Average range of intellectual functioning, and has been assisted by Jailhouse

   Lawyers in preparing all the pleadings filed.  Also, the issues involved in

   his claim are far to complex for him to present with any force.  Therefore,

   this court in the interest of providing substantial justice should appoint coun-

   sel because even with the wide latitude given to pro se litigants the Petitioner

   still would not fair well in prosecuting his claims before this Court.

1

3. In further support of my motion, I declare that (check appropriate answer):

    \_\_\_\_ I am not currently, nor previously have been represented by an attorney appointed by this Court in this or any other civil or criminal proceeding before this Court.

    \_\_\_\_ I am currently, or previously have been, represented by an attorney appointed by this Court in the proceeding(s) described on the following page.

4. In further support of my motion, I declare that (check appropriate answer):

    \_\_\_\_ I have attached an original Application to Proceed in Forma Pauperis detailing my financial status.

    \_\_\_\_ I have previously filed an Application to Proceed in Forma Pauperis in this proceeding and it is a true and correct representation of my financial status.

    \_\_\_\_ I have previously filed an Application to Proceed in Forma Pauperis in this proceeding; however, my financial status has changed and I have attached an amended Application to Proceed in Forma Pauperis to reflect my current financial status.

5. I declare under penalty of perjury that the foregoing is true and correct.

X _[signature]_
Movant's Signature

700 W. LINCOLN AVE., /P.O. BOX 99,
Street Address

PONTIAC, ILLINOIS 61764
City/State/Zip

DATE: 7-30-2007

2