# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| DREW TERRELL, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. 07-1208 |
| ) | |
| EDDIE JONES, et al., ) | |
| ) | |
| Respondents. ) | |

## **O R D E R**

Before the Court is a Petition for a Writ of Habeas Corpus filed under 28 U.S.C. § 2254. [Doc. 4.] For the following reasons, this case is transferred to the Northern District of Illinois.

It is generally thought that the proper venue for a habeas petition under § 2254 is in the district where the petitioner was convicted. <u>Braden v. 30th Judicial Circuit Court of Kentucky</u>, 410 U.S. 484, 493-94 (1978).[1] Based upon the Petition before the Court, Petitioner was convicted of felony murder in Cook County, Illinois. Accordingly, the proper venue for this matter is the Northern District of Illinois.

IT IS THEREFORE ORDERED that this case be transferred to the Northern District of Illinois.

CASE TERMINATED.

ENTERED this  18th  day of April, 2008.

       s/Joe B. McDade
       JOE BILLY McDADE
       United States District Judge

---

[1] <u>See</u> <u>also</u>, <u>Carter v. McCann</u>, 07-1222, 2008 WL 718395 (C.D. Il. March 14, 2008), where this Court accepted a § 2254 petition transferred from the Northern District of Illinois.