14, CLOSED, HABEAS, PRISONER, PROSE

# U.S. District Court
## CENTRAL DISTRICT OF ILLINOIS (Peoria)
## CIVIL DOCKET FOR CASE #: 1:07–cv–01208–JBM

Terrell v. Jones et al

Assigned to: Judge Joe Billy McDade

Cause: 28:2254 Petition for Writ of Habeas Corpus (State)

Date Filed: 08/06/2007

Date Terminated: 04/18/2008

Jury Demand: None

Nature of Suit: 530 Habeas Corpus (General)

Jurisdiction: Federal Question

**Petitioner**

**Drew Terrell**

*UNITED STATES OF AMERICA, EX REL.*

represented by **Drew Terrell**
N63220
PONTIAC
Pontiac Correctional Center
Inmate Mail/Parcels
PO Box 99
Pontiac, IL 61764
815–842–2816
PRO SE

V.

**Respondent**

**Eddie Jones**
*Warden, Chief Administrative Officer of Pontiac Correctional Center*

**Respondent**

**Lisa Madigan**
*Attorney General of the State of Illinois*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/06/2007 | 1 | MOTION for Leave to Proceed in forma pauperis by Petitioner Drew Terrell. Responses due by 8/24/2007 (Attachments: # 1 2254 Petition)(CL, ilcd) (Additional attachment(s) added on 8/6/2007: # 2 Memorandum of Law) (CL, ilcd). (Entered: 08/07/2007) |
| 08/06/2007 | 2 | MOTION to Appoint Counsel by Petitioner Drew Terrell. Responses due by 8/24/2007 (CL, ilcd). (Entered: 08/07/2007) |
| 08/06/2007 | 3 | MOTION Admissibility of Duplicates by Petitioner Drew Terrell. Responses due by 8/24/2007 (CL, ilcd) (Entered: 08/07/2007) |
| 08/06/2007 | 4 | PETITION for Writ of Habeas Corpus Under 28USC §2254, filed by Drew Terrell.(CL, ilcd) Modified on 8/7/2007 (CL, ilcd). (Entered: 08/07/2007) |
| 08/06/2007 | 5 | MEMORANDUM OF LAW in Support re 4 PETITION for Writ of Habeas Corpus filed by Petitioner Drew Terrell. (CL, ilcd) (Entered: 08/07/2007) |

| 03/14/2008 | 6 | ORDER finding as moot 3 Motion for Admissibility; denying 2 Motion to Appoint Counsel. Entered by Judge Joe Billy McDade on 3/14/2008. (CL, ilcd) (Entered: 03/17/2008) |
| 04/18/2008 | 7 | ORDER transferring case to the ND IL. Entered by Judge Joe Billy McDade on 4/18/8. (cc:Pla)(HK, ilcd) (Entered: 04/18/2008) |