# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | MATTHEW F. KENNELLY | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2328 | **DATE** | April 30, 2008 |
| **CASE TITLE** | U.S. ex rel. Drew Terrell (N-63220) v. Eddie Jones | | |

**DOCKET ENTRY TEXT:**

Petitioner's motion for leave to file *in forma pauperis* [1] is granted. Respondent is ordered to respond to the petition on or before 5/30/08. Illinois Attorney General Lisa Madigan is dismissed as a party.

■ [For further details see text below.]   Docketing to mail notices.

## STATEMENT

Petitioner's motion for leave to file *in forma pauperis* is granted. Petitioner is instructed to file all future papers concerning this action with the Clerk of Court in care of the Prisoner Correspondent. In addition, Petitioner must send an exact copy of any filing to Chief, Criminal Appeals Division, Office of the Attorney General, 100 West Randolph Street, 12th Floor, Chicago, Illinois 60601. The original paper filed with the Prisoner Correspondent must include a certificate of service stating to whom exact copies were sent and the date of mailing. Any paper that is sent directly to the judge or otherwise fails to comply with these instructions may be disregarded by the Court or returned to the Petitioner.

Respondent is ordered to resopnd to the petition on or before May 30, 2008.

Illinois Attorney General Lisa Madigan is dismissed as a party. *See Hogan v. Hanks*, 97 F.3d 189, 190 (7th Cir. 1996) (a state's attorney general is a proper party in a habeas petition only if the Petitioner is not then confined). Rules 2(a) and (b) of Rules Governing Section 2254 Cases.

| | Courtroom Deputy Initials: | CLH |
|---|---|---|