IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| United States of America ex rel.<br>  DREW TERRELL, | ) <br> ) <br> ) | |
| Petitioner, | ) <br> ) | |
| v. | ) <br> ) | No. 08 C 2328 |
| EDDIE JONES, Warden,<br>  Pontiac Correctional Center, | ) <br> ) <br> ) | The Honorable<br>Matthew F. Kennelly, |
| Respondent. | ) | Judge Presiding. |

## MOTION FOR EXTENSION OF TIME

On April 30, 2008, this Court ordered respondent to respond to Drew Terrell's petition for writ of habeas corpus under 28 U.S.C. § 2254 on or before May 30, 2008. Respondent requests this Court to grant a 30-day extension of time to June 29, 2008, to file the response.

A supporting affidavit is attached to this motion for an extension of time.

May 21, 2008                                          Respectfully submitted,


                                                      LISA MADIGAN
                                                      Attorney General of Illinois

                                          By:    s/Erica R. Seyburn
                                                 ERICA R. SEYBURN, Bar # 6287357
                                                 Assistant Attorney General
                                                 100 West Randolph Street, 12th Floor
                                                 Chicago, Illinois 60601
                                                 PHONE: (312) 814-2139
                                                 FAX: (312) 814-2253
                                                 E-MAIL: eseyburn@atg.state.il.us

State of Illinois )
                     ) ss.
County of Cook )

## AFFIDAVIT

ERICA SEYBURN,, being first duly sworn upon oath, deposes and states as follows:

    1. That I am the Assistant Attorney General assigned to represent the respondent in this matter.

    2. That this is respondent's first request for an extension of time.

    3. That this extension is necessary, in part, to obtain the relevant state court documents, and to allow time for supervisors to edit the response.

    4. Based on the foregoing, respondent respectfully requests that this Honorable Court grant his motion for a 30-day extension of time to file his answer.

    FURTHER AFFIANT SAYETH NOT.


    _s/Erica Seyburn_____
    Erica Seyburn

## CERTIFICATE OF SERVICE

I hereby certify that on May 21, 2008, I electronically filed respondent's MOTION FOR EXTENSION OF TIME with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, using the CM/ECF system; and mailed the same by United States Postal Service to the following non-registered party: Drew Terrell, #N63220, Pontiac Correctional Center, 700 W Lincoln St., P.O. Box 99, Pontiac, IL 61764.

                                                   LISA MADIGAN
                                                   Attorney General of Illinois

By:    s/Erica Seyburn_____
           ERICA SEYBURN, Bar No. 6287357
           Assistant Attorney General
           100 W. Randolph St., 12th Floor
           Chicago, Illinois 60601-3218
           Phone: (312) 814-2139
           Fax: 312-814-2253
           E-mail: eseyburn@atg.state.il.us