IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| United States of America ex rel.<br>  DREW TERRELL, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 08 C 2328 |
| | ) | |
| EDDIE JONES, Warden, | ) | |
|   Pontiac Correctional Center, | ) | The Honorable |
| | ) | Matthew F. Kennelly, |
| Respondent. | ) | Judge Presiding. |

## NOTICE OF MOTION

To:   Drew Terrell, #N63220
      Pontiac Correctional Center
      700 W Lincoln St.
      P.O. Box 99
      Pontiac, IL 61764

PLEASE TAKE NOTICE that on May 28, 2008, at 9:30 AM, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Matthew F. Kennelly, Room 2103, or any judge sitting in his stead, in the courtroom occupied by him at 219 S. Dearborn Street, Chicago, Illinois, and present the attached MOTION FOR EXTENSION OF TIME.

                                                        LISA MADIGAN
                                                        Attorney General of Illinois

By:   s/Erica R. Seyburn
      ERICA R. SEYBURN, Bar # 6287357
      Assistant Attorney General
      100 West Randolph Street, 12th Floor
      Chicago, Illinois 60601
      PHONE: (312) 814-2139
      FAX: (312) 814-2253
      E-MAIL: eseyburn@atg.state.il.us