## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2328 | **DATE** | 5/28/2008 |
| **CASE TITLE** | USA ex rel. Dew Terrell vs. Eddie Jones | | |

**DOCKET ENTRY TEXT**

Respondent's motion for extension of time is granted. Response to petition is to be filed by 6/29/08.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | DS |
|---|---|---|