IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| United States of America ex rel.<br>  DREW TERRELL,<br><br>                Petitioner,<br><br>      v.<br><br>EDDIE JONES, Warden,<br>  Pontiac Correctional Center,<br><br>                Respondent. | No. 08 C 2328<br><br>The Honorable<br>Matthew F. Kennelly,<br>Judge Presiding. |

## MOTION FOR EXTENSION OF TIME

On May 29, 2008, this Court ordered respondent to respond to Drew Terrell's petition for writ of habeas corpus under 28 U.S.C. § 2254 on or before June 29, 2008. Respondent requests this Court to grant a 30-day extension of time to July 29, 2008, to file the response.

A supporting affidavit is attached to this motion for an extension of time.

June 27, 2008                                                        Respectfully submitted,


                                              LISA MADIGAN
                                              Attorney General of Illinois

                           By:    s/Erica R. Seyburn
                                  ERICA R. SEYBURN, Bar # 6287357
                                  Assistant Attorney General
                                  100 West Randolph Street, 12th Floor
                                  Chicago, Illinois 60601
                                  PHONE: (312) 814-2139
                                  FAX: (312) 814-2253
                                  E-MAIL: eseyburn@atg.state.il.us

State of Illinois )
                     ) ss.
County of Cook )

**AFFIDAVIT**

ERICA SEYBURN,, being first duly sworn upon oath, deposes and states as follows:

       1. That I am the Assistant Attorney General assigned to represent the respondent in this matter.

       2. That this is respondent's second request for an extension of time.

       3. That this extension is necessary, in part, to obtain the relevant state court documents, and to allow time for supervisors to edit the response.

       4. Based on the foregoing, respondent respectfully requests that this Honorable Court grant his motion for a 30-day extension of time to file his answer.

       FURTHER AFFIANT SAYETH NOT.


       _s/Erica Seyburn_____
       Erica Seyburn

## CERTIFICATE OF SERVICE

I hereby certify that on June 27, 2008, I electronically filed respondent's MOTION FOR EXTENSION OF TIME with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, using the CM/ECF system; and mailed the same by United States Postal Service to the following non-registered party: Drew Terrell, #N63220, Pontiac Correctional Center, 700 W Lincoln St., P.O. Box 99, Pontiac, IL 61764.

                                              LISA MADIGAN
                                              Attorney General of Illinois

By:   s/Erica Seyburn_____
                                              ERICA SEYBURN, Bar No. 6287357
                                              Assistant Attorney General
                                              100 W. Randolph St., 12th Floor
                                              Chicago, Illinois 60601-3218
                                              Phone: (312) 814-2139
                                              Fax: 312-814-2253
                                              E-mail: eseyburn@atg.state.il.us