## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2328 | **DATE** | 7/3/2008 |
| **CASE TITLE** | Drew Terrell vs. Eddie Jones | | |

**DOCKET ENTRY TEXT**

The Court directs respondent to file, by 7/21/08, a response to petitioner's "quasi motion for repleader and/or to alter or amend judgment." Petitioner may file a reply to the response by no later than 8/8/08. The Court will rule by mail.

*Docketing to mail notices.*

| | Courtroom Deputy Initials: | mk |
|---|---|---|