# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2328 | **DATE** | 7/31/2008 |
| **CASE TITLE** |  | Terrell vs. Jones | |

**DOCKET ENTRY TEXT**

Petitioner is directed to reply to the answer to the petition by no later than 9/30/08. Respondent's counsel is directed to serve promptly upon petitioner a copy of all exhibits filed with the Court unless counsel has already done so.

Docketing to mail notices.

| | Courtroom Deputy Initials: | mk |
|---|---|---|