IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| United States of America ex rel.<br>  DREW TERRELL, | ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | No. 08 C 2328 |
| EDDIE JONES, Warden,<br>  Pontiac Correctional Center, | ) ) ) | The Honorable<br>Matthew F. Kennelly, |
| Respondent. | ) | Judge Presiding. |

**CERTIFICATE OF SERVICE**

In compliance with this Court's July 31, 2008 order, I certify that on August 7, 2008, I served a copy of respondent's **Exhibits** by United States Postal Service to the following non-CM/ECF user:

  Drew Terrell, #N63220
  Pontiac Correctional Center
  700 W Lincoln St.
  P.O. Box 99
  Pontiac, IL 61764.

                                                                                                                                  LISA MADIGAN
                                                                                                                                 Attorney General of Illinois

                                         By:   <u>s/Erica R. Seyburn</u>
                                                           ERICA R. SEYBURN, Bar # 6287357
                                                            Assistant Attorney General
                                                           100 West Randolph Street, 12th Floor
                                                           Chicago, Illinois 60601-3218
                                                           PHONE: (312) 814-2139
                                                           FAX: (312) 814-2253
                                                           E-MAIL: eseyburn@atg.state.il.us