

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
Aug 11, 2008
AUG 1 1 2008    mB

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

United States of America ex rel.,  )
DREW TERRELL,                      )
    Petitioner,                    )
                                   )      08 cv 2328
-vs-                               )      Case No. 08 C 2328
                                   )
                                   )
EDDIE JONES, Warden,               )      The Honorable
  Pontiac Correctional Center,    )      MATTHEW F. KENNELLY
    Respondent.                    )      Judge Presiding.
                                   )

### MOTION FOR THE PRODUCTION OF EXHIBITS ATTACHED TO RESPONDENT'S ANSWER TO PETITION FOR WRIT OF HABEAS CORPUS

NOW COMES Petitioner Drew Terrell, pro se, and pursuant to 28 U.S.C., sec. 2250, for the production of exhibits attached to respondent's answer, that of which, petitioner was not served a copy thereof. In support thereof, petitioner states as follows:

1. Petitioner has a petition for habeas corpus relief pending before this Court that was filed on the date of July 30, 2007. which he has been allowed to proceed in forma pauperis therewith.

2. On July 29, 2008 the above named respondent filed answer that listed supporting exhibits as Exhibits A thru P, Such list was incorporated under paragraph 15 of said answer. However, petitioner never received any such exhibits.

3. Petitioner is indigent. Accordingly, petitioner seeks a copy of the listed Exhibit free of cost.

4. I swear under the penalty of perjury as provided by the law that the foregoing information is true and correct to the best of my knowledge, except those matter based on information and belief and to the same I declare is tendered in good faith.

DATE: AUGUST 4, 2008.

/S/ Drew Terrell
DREW TERRELL N63220
P.O. BOX 99,
PONTIAC, IL. 61764.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| United States of America ex rel., ) <br>   DREW TERRELL, ) <br>           Petitioner, ) <br> ) <br>   -VS- ) <br> ) <br> ) <br> EDDIE JONES, Warden, ) <br>   Pontiac Correctional Center. ) <br> _____) | Case no. 08 C 2328 <br><br> The Honorable <br> MATTHEW F. KENNELLY <br> Judge Presiding. |

### PROOF OF SERVICE

TO: Assistant Attorney General Erica R. Seyburn,
    100 West Randolph Street, 12 th Floor,
    Chicago, IL. 60601-3218.

    (1) copy

TO: The Clerk of the Northern District of Illinois,
    219 South Dearborn Street,
    Chicago, IL. 60604.

Please take notice that on August 5, 2008 that I placed (1) original and (3) copies of a "MOTION FOR THE PRODUCTION OF EXHIBITS ATTACHED TO RESPONDENT'S ANSWER TO PETITION FOR WRIT OF HABEAS CORPUS" in the mail box at Pontiac Correctional Center, located at 700 W. Lincoln Ave., Pontiac, IL. 67164 with the above addresses labeled on separate envelopes under the penalty of perjury as provided by the law I swear that the foregoing is true and correct to the best of my knowledge.

Date: August 5, 2008.

/s/ Drew Terrell
DREW TERRELL N63220

P.O. BOX 99,
PONTIAC, IL. 61764.