## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2328 | **DATE** | 8/15/2008 |
| **CASE TITLE** | Drew Terrell vs. Eddie Jones | | |

**DOCKET ENTRY TEXT**

Petitioner's motion for production of exhibits is denied as moot [#23]; the Court previously ordered this on 7/31/08, and respondent certified on 8/7/08 that he had produced the exhibits to petitioner. Respondent's previously filed motion for extension of time was previously granted and is therefore terminated [#15].

Docketing to mail notices.

| | Courtroom Deputy Initials: | mk |
|---|---|---|