# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Matthew F. Kennelly | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2328 | **DATE** | 8/21/2008 |
| **CASE TITLE** | Terrell vs. Jones | | |

**DOCKET ENTRY TEXT**

Respondent is directed to respond to petitioner's motion for leave to file supplemental claims on or before 9/4/08.

Docketing to mail notices.

| | Courtroom Deputy Initials: | mk |
|---|---|---|